IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BONNIE SCRIPNICENCU,<br><br>Plaintiff,<br>v.<br><br>LSF9 MASTER PARTICIPATION TRUST, SETERUS, INC., CALIBER HOME LOANS and MR. ROBERT J. BIRCH ESQUIRE,<br><br>Defendants. | Civil Action No. 2:19-cv-05280-GAM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Caliber Home Loans, Inc., improperly named Caliber Home Loans ("Caliber"), by its counsel, certifies that Caliber is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company.  LSF6 Service Operations, LLC is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, LLC, a Delaware limited liability company.  No publicly held corporation owns 10% or more of its stock.

Caliber reserve the right to supplement this Disclosure.

Respectfully submitted,

Dated: April 16, 2020         By:    */s/ Mary L. O'Rourke*
Mary L. O'Rourke, PA ID No. 316392
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
T:  412-667-6054
F:  412-402-4164
morourke@mcguirewoods.com
*Attorneys for Defendant Caliber Home Loans, Inc., improperly named Caliber Home Loans*