UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BONNIE SCRIPNICENCU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LSF9 MASTER PARTICIPATION TRUST, SETERUS, INC., CALIBER HOME LOANS and MR. ROBERT J. BIRCH ESQUIRE,<br><br>　　　　Defendants. | Civil Action No. 2:19-cv-05280-GAM<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LSF9 Master Participation Trust, by its counsel, certifies that LSF9 Master Participation Trust is a Delaware Statutory Trust. It has no parent corporation and no publicly-held corporation owns 10% or more of LSF9 Master Participation Trust.

LSF9 Master Participation Trust reserves the right to supplement this Disclosure.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 16, 2020　　　　By:　　　　/s/ Mary L. O'Rourke
　　　　　　　　　　　　　　　　　　　　Mary L. O'Rourke
　　　　　　　　　　　　　　　　　　　　PA ID No. 316392
　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　Tower Two-Sixty
　　　　　　　　　　　　　　　　　　　　260 Forbes Avenue, Suite 1800
　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15222
　　　　　　　　　　　　　　　　　　　　T:  412-667-6054
　　　　　　　　　　　　　　　　　　　　F:  412-402-4164
　　　　　　　　　　　　　　　　　　　　morourke@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for LSF9 Master Participation Trust*