**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LINDA BONNIE SCRIPNICENCU** : | |
| : | |
| v. : | **CIVIL ACTION NO 19-5280** |
| : | |
| **LSF9 MASTER PARTICIPATION** : | |
| **TRUST, ET AL.** : | |

## ORDER

This 30th day of June, 2020, Plaintiff having filed an Amended Complaint (ECF #16), it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF #13) and Plaintiff's Motion for Extension of Time (ECF #14) are **DENIED** as **MOOT**.

Plaintiff is cautioned that no further amendments will be permitted, and further cautioned that any future motion must be answered within the time provided by the Local Rules of Civil Procedure. Given Plaintiff's repeated amendments, if Defendants intend to file a further Motion to Dismiss, they may incorporate by reference their earlier Motion (ECF #13) and limit their discussion in any renewed filing to newly raised issues in the most recent Amended Complaint.

    /s/ Gerald Austin McHugh
United States District Judge