UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA BONNIE SCRIPNICENCU,<br><br>            Plaintiff,<br><br>v.<br><br>LSF9 MASTER PARTICIPATION TRUST, SETERUS, INC., CALIBER HOME LOANS and MR. ROBERT J. BIRCH ESQUIRE,<br><br>            Defendants. | Civil Action No. 2:19-cv-05280-GAM<br><br>JURY TRIAL DEMANDED |

### NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, SUCCESSOR BY MERGER TO SETERUS, INC. IMPROPERLY NAMED AS "SETERUS, INC.", CALIBER HOME LOANS AND LSF9 MASTER PARTICIPATION TRUST'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants, Nationstar Mortgage LLC d/b/a Mr. Cooper, successor by merger to Seterus, Inc., improperly named as "Seterus, Inc.", Nationstar Mortgage LLC d/b/a Mr. Cooper, Caliber Home Loans, and LSF9 Master Participation Trust, by and through their attorneys, file this Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Specifically, Defendants move for dismissal of Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted.  A supporting Brief has been filed contemporaneously with this Motion and is incorporated by reference as if fully set forth herein.

Respectfully submitted,

Date:  July 6, 2020

By:    */s/ Mary L. O'Rourke*
Mary L. O'Rourke, PA ID No. 316392
McGuireWoods LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
T:  412-667-6054
F:  412-402-4164
morourke@mcguirewoods.com