# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA BONNIE SCRIPNICENCU,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **No. 19-5280** |
| v. | : | |
| | : | |
| **LSF9 MASTER PARTICIPATION TRUST,** et al. | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

This 18th day of August, 2020, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint (ECF 19), Plaintiff's Opposition (ECF 20), and Defendants' Reply (ECF 21), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, Plaintiff's Second Amended Complaint is **DISMISSED** with prejudice, and the Clerk of the Court is hereby directed to mark the case closed.

/s/ Gerald Austin McHugh
United States District Judge